April 2, 1969

Philadelphia, Appellant, *v*. Gulf Oil Company.

Argued March 20, 1969. *Carl K. Zucker,* Assistant City Solicitor, with him *Levy Anderson,* First Deputy City Solicitor, and *Edward G. Bauer, Jr.,* City Solicitor, for City of Philadelphia, appellant; *Thomas J. McBride,* with him *Wolf, Block, Schorr and Solis-Cohen,* for appellee.

The appeal to the Superior Court is quashed.

April 10, 1969

Commonwealth ex rel. Crumlich *v*. Crumlich, Appellant.

Before SHELLEY, J.

Argued March 10, 1969. *Leslie B. Handler,* with him *Handler and Handler,* for appellant; *James B. Pannebaker,* for appellee.

Order affirmed.